IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 1 5 2009

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

| | |
|---|---|
| PATRICIA ANN DENNIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 7:09-CV-00414 |
| v. ) | |
| ) | **ORDER** |
| MEDICAL FACILITIES OF ) | |
| AMERICA, INC., ) | By: Hon. James C. Turk |
| ) | Senior United States District Judge |
| Defendant. ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that Defendant's Motion to Dismiss (Docket No. 7) and Motion to Quash a Subpoena (Docket No. 23) are both hereby **DENIED** in part and **GRANTED** in part. The Clerk of Court is directed to send a copy of this Order to all counsel of record in this matter.

ENTER: This 15th day of December, 2009.

Hon. James C. Turk
Senior United States District Judge